UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHOLISTA VEAL
KEESHA STANBRIDGE, and
LESHAWN STANBRIDGE,

    Plaintiff,                                   Case No. 6:12-cv-720-Orl-37GJK

vs.

MUGSHOTS OF ALTAMONTE SPRINGS, LLC.
CHRISTOPHER LICATA, BURNELL
RUTTERS,

    Defendants.
_____/

## ANSWER

Defendant, CHRISTOPHER LICATA, by and through his undersigned counsel, hereby responds to the Complaint and for his response states:

1.     Denied.

2.     Denied.

3.     Denied.

4.     Denied that any of the Defendants owe Plaintiffs overtime compensation, minimum wages, unpaid wages, liquidated damages, compensatory damages, or reasonable attorney's fees or costs.

5.     Admitted.

1

6. Admitted.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Admitted.

16. Denied.

17. Defendant, Licata incorporates his responses to Paragraphs 1through 16 herein.

18. Admitted.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Admit that Plaintiffs have demanded a jury trial.

25. Defendant, Licata incorporates his responses to Paragraphs 1 through 16 herein.

26. Admitted.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Admit that Plaintiffs have demanded a jury trial.

35. Defendant, Licata incorporates his responses to Paragraphs 1 through 16 herein.

36. Admitted.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Admit that Plaintiffs have demanded a jury trial.

44. Defendant, Licata incorporates his responses to Paragraphs 1through 16 herein.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Admit that Plaintiffs have demanded a jury trial.

50. Defendant, Licata incorporates his responses to Paragraphs 1through 16 herein.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Admitted that Plaintiffs have demanded a jury trial.

57. Defendant, Licata incorporates his responses to Paragraphs 1through 16 herein.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Admitted that Plaintiff Veal has demanded a jury trial.

WHEREFORE, Defendant, Chris Licata, requests this Court to dismiss the Plaintiffs' claims and to award Licata his reasonable attorney's fees and court costs, and to grant such further relief as this Court deems just and equitable.

/s/ James E. Shepherd
JAMES E. SHEPHERD
Florida Bar No. 0947873
POHL & SHORT, P.A.
280 West Canton Avenue, Suite 410
P.O. Box 3208
Winter Park, FL  32790
Tel:  407/647-7645
Fax:  407/647-2314
Email: shepherd@pohlshort.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2012, the foregoing has been served via the Court's CM/ECF system and via U.S. mail upon Martha Chapman, P.A., 1219 E. Livingston Street, Orlando, Florida 32803.

/s/ James E. Shepherd
JAMES E. SHEPHERD