**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHOLISTA VEAL,
KEESHA STANBRIDGE, and
LESHAWN STANBRIDGE,

                Plaintiffs,

v.                                        Case No. 6:12-cv-00720-37-GJK

MUGSHOTS OF ALTAMONTE SPRINGS,
LLC, a Florida Limited Liability Company,
and CHRISTOPHER LICATA and
BURNELL "CHUCK" RUTTERS,
individually,

                Defendants.

_____

## PLAINTIFF'S SUGGESTION OF BANKRUPTCY FILING BY DEFENDANT LICATA

The undersigned counsel for the Plaintiffs suggests that a Defendant in the instant action, CHRISTOPHER LICATA, petitioned for bankruptcy under Chapter 7 of the United States Bankruptcy Code, on March 15, 2013, in the Orlando Division of the Middle District of Florida, Case No. 6:13-bk-03064-CJJ. The bankruptcy case trustee is: Robert E. Thomas.

As of the date of this Suggestion, the bankruptcy is pending.

Dated:  March 29, 2013                            */s/ Martha A. Chapman*
                                                                     Martha A. Chapman
                                                                     Florida Bar No. 0004464

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Suggestion of Filing of Bankruptcy by Defendant Licata will be served as follows:

to Defendant **CHRISTOPHER LICATA**, the Clerk of Court will transmit the document via CM/ECF to his counsel, **James E. Shepherd of POHL & SHORT, P.A.**;

to individual Defendant **BURNELL "CHUCK" RUTTERS, 4401 Brandeis Ave, Orlando, FL 32839,** by US mail, and by email to rutters1969@yahoo.com

.

|  |  |
|---|---|
|  | */s/ Martha A. Chapman* |
|  | Martha A. Chapman |
|  | Florida Bar No. 0004464 |
|  |  |
|  | MARTHA A. CHAPMAN, P.A. |
|  | 1219 East Livingston Street |
|  | Orlando, FL 32803 |
|  | Telephone: 407-896-4835 |
|  | Fax: 407-574-7912 |
| DATE: March 29, 2013 | Marty@martychapmanlaw.com |